UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

SEAN BOYLE,

                          Plaintiff,

- against -

NORTH SALEM CENTRAL SCHOOL DISTRICT and
PUTNAM-NORTHERN WESTCHESTER BOARD OF
COOPERATIVE EDUCATIONAL SERVICES a/k/a
BOCES,

                          Defendants.

------------------------------------------------------------------------X

NOTICE OF REMOVAL

Civil Action No.
19-CV-08577

TO THE HONORABLE JUDGES OF UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Removing parties, NORTH SALEM CENTRAL SCHOOL DISTRICT ("District") and PUTNAM-NORTHERN WESTCHESTER BOARD OF COOPERATIVE EDUCATIONAL SERVICES a/k/a BOCES ("BOCES"), by their respective attorneys, Bond, Schoeneck & King and Shaw, Perelson, May & Lambert, LLP, respectively show this Court as follows:

1. The removing parties are the defendants District and BOCES in the above-captioned action. There are no other defendants in the above-captioned action.

2. On August 20, 2019, the above-captioned action was commenced against the District and BOCES in the Supreme Court of the State of New York, County of Westchester by Summons and Verified Complaint" in Index No. 62815/2019 and is pending in that court. Those papers were served upon the District by service upon its District Clerk, on August 23, 2019 and upon the BOCES by service upon

its Assistant Superintendent of Schools on August 22, 2019. This notice is filed within 30 days after such service.

3. The underlying action, as referenced in the Verified Complaint, sets forth a claim at its "Third Cause of Action" that the District and BOCES each denied the plaintiff due process of the law in violation of the Federal Constitution and 42 U.S.C. § 1983. This Court has original federal question jurisdiction over this claim under 28 U.S.C. 1331, and removal of the Verified Complaint to this Court is fully authorized by 28 U.S.C. §§ 1441(a) and 1446.

4. Copies of all process, pleadings and orders served on the District and/or BOCES in the above-captioned action are submitted herewith.

WHEREFORE, the District and BOCES, as the removing parties, request that the above-captioned proceeding and action be removed from the Supreme Court, Westchester County to this Court.

Dated: September 16, 2019

SHAW, PERELSON, MAY & LAMBERT, LLP
Attorneys for Defendant BOCES

By: _____
Mark C. Rushfield, Esq. (MCR 0231)
Of Counsel to the firm
21 Van Wagner Road
Poughkeepsie, NY 12603
845/486-4200

Dated: September 5, 2019

BOND, SCHOENECK & KING
Attorneys for Defendant District

By: _____
Howard M. Miller, Esq. (HMM 4573)
Member
1010 Franklin Avenue Ste. 200
Garden City, NY 11530
516/267-6318

To: Meagher & Meagher, P.C.
Attorneys for Plaintiff
111 Church Street
White Plains, N.Y. 10601
914/328-8844